EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2011 TSPR 88 |
| Stephen A. Clark | 182 DPR ____ |
| Nydia Martínez Aponte | |
| Amaris Rodríguez Maldonado | |

Número del Caso:   TS-4128
                   TS-6244
                   TS-15,793


Fecha: 10 de junio de 2011



Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de mayo de 2011.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

| | |
|---|---|
| Stephen A. Clark | 4128 |
| Nydia Martínez Aponte | 6244 |
| Amaris Rodríguez Maldonado | 15,793 |

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de junio de 2011.

Durante el mes de mayo de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

| | |
|---|---|
| Stephen A. Clark | 4128 |
| Nydia Martínez Aponte | 6244 |
| Amaris Rodríguez Maldonado | 15,793 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo